G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:(510) 740-1500
Facsimile:  (510) 740-1501
E-Mail: erudloff@fgppr.com
         jwahlgren@fgppr.com

Attorneys for TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAMES BAFFORD, doing business as CAR DOCTOR,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, qualified to do business in California,<br><br>Defendants. | Case No. 2:11-cv-02474-LKK-JFM<br><br>**STIPULATION FOR FILING OF FIRST SUPPLEMENT TO THE ANSWER**<br><br>Complaint Filed:  July 20, 2011<br>Trial Date:          May 7, 2013<br><br>Hon. Lawrence K. Karlton |

Plaintiff JAMES BAFFORD, doing business as CAR DOCTOR ("Plaintiff") and Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA ("Travelers")(collectively the "Parties"), by and through their respective counsel, hereby submit this Stipulation for Filing of First Supplement to the Answer.

WHEREAS, Plaintiff commenced an action styled, *JAMES BAFFORD, doing business as CAR DOCTOR, Plaintiff v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, qualified to do business in California, Defendants* in the Superior Court of California, County of San Joaquin on July 20, 2011 ("Complaint");

WHERAS, Travelers timely filed an Answer to Plaintiff's Complaint in the Superior Court of California, County of San Joaquin ("Answer");

WHEREAS, Travelers timely filed a Notice of Removal of the action to the United States District Court of the Eastern District of California alleging diversity of citizenship as the basis for jurisdiction;

WHEREAS, new facts and circumstances have arisen since Travelers filed its Answer in State Court;

WHEREAS, the Examination Under Oath of Plaintiff occurred on November 11, 2011.  On December 7, 2011 Travelers sent Plaintiff a copy of his Examination Under Oath transcript.  On January 9, 2012, Plaintiff returned the signature page of the Examination Under Oath transcript indicating he made no changes to the transcript;

WHEREAS, Travelers' issued a letter to Plaintiff on or about February 2, 2012 denying Plaintiff's insurance claim;

WHEREAS, on February 14, 2012, Travelers notified Plaintiff that it would seek to supplement its Answer as a result of the issuance of the denial letter;

WHEREAS, Travelers has been diligent in seeking to file its First Supplement to its Answer in accordance with Federal Rules of Civil Procedure, Rule 16(b);

IT IS HEREBY STIPULATED by and between the Parties to this action, through their designated counsel, that Travelers may file the First Supplement to its Answer which will be considered in conjunction with the Answer.  A copy of the First Supplement to the Answer is attached hereto.

IT IS FURTHER STIPULATED by and between the Parties that the Parties respectfully request that the Court approve the stipulation of the Parties to allow Travelers to file the First Supplement to its Answer pursuant to Federal Rules of Civil Procedure, Rule 15.  The Parties further request that

///

the Court amend the Status Order filed on December 14, 2011 ("Status Order") to permit the filing of the First Supplement of Travelers' Answer.

DATED: May 11, 2012          **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ G. Edward Rudloff, Jr.

G. Edward Rudloff, Jr.
Jennifer N. Wahlgren
Attorneys for Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

DATED: May 9, 2012          **LAW OFFICE OF THOMAS J. NEWTON**

By: /s/ Thomas J. Newton

Thomas J. Newton
Attorney for Plaintiff JAMES BAFFORD, doing business as CAR DOCTOR

Based on the foregoing and good cause appearing therefor, the stipulation of the Parties to allow Travelers to file the First Supplement to its Answer and amend the Status Order is accepted and made the order of this Court.

IT IS SO ORDERED.

Dated: May 21, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-
STIPULATION FOR FILING OF FIRST SUPPLEMENT TO THE ANSWER
Case No. 2:11-cv-02474-LKK-JFM