UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JAMES BAFFORD, doing
business as CAR DOCTOR,
                                    NO. CIV. S-11-2474 LKK/JFM
        Plaintiff,

    v.
                                        O R D E R
TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA, a Connecticut
corporation, qualified to
do business in California,

        Defendants.
                                /
```

Having reviewed and considered defendant's Application for Sealing Documents Filed in Support of Defendant's Motion for Partial Summary Judgment, ECF no. 27, the court hereby ORDERS as follows:

Within seven (7) days of entry of this order, defendant is ordered to file new versions of ECF nos. 24 and 25-1, redacted to conform with the requirements of Fed. R. Civ. P. 5.2.

IT IS SO ORDERED.

DATED: October 2, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1