UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAFFORD, doing
business as CAR DOCTOR,

          NO. CIV. S-11-2474 LKK/JFM

    Plaintiff,

  v.

          O R D E R

TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA, a Connecticut
corporation, qualified to
do business in California,

    Defendants.
_____/

    Having reviewed and considered defendant's Application for Sealing Documents Filed in Support of Defendant's Motion for Partial Summary Judgment, ECF no. 27, the court hereby ORDERS as follows:

    Within seven (7) days of entry of this order, defendant is ordered to file new versions of ECF nos. 24 and 25-1, redacted to conform with the requirements of Fed. R. Civ. P. 5.2.

    IT IS SO ORDERED.

    DATED: October 2, 2012.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT