UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAFFORD, doing
business as CAR DOCTOR,

        NO. CIV. S-11-2474 LKK/JFM

    Plaintiff,

  v.

        O R D E R

TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA, a Connecticut
corporation, qualified to
do business in California,

    Defendants.
_____/

    Defendant Travelers Casualty Insurance Company of America has moved for partial summary judgment on the issue of whether plaintiff James Bafford can properly claim punitive damages in this action.

    In its moving papers, Travelers argues that Bafford cannot put forth clear and convincing evidence that Travelers acted with the malice, oppression, or fraud required for an award of punitive damages under Cal. Civ. Code § 3294(a). Bafford failed to respond to this argument in his opposition brief.

1

1   In its reply brief, Travelers argues that Bafford has failed
2 to demonstrate that it (Travelers) can be held liable for punitive
3 damages based on the conduct of its employees under Cal. Civ. Code
4 § 3294(b). As this argument was raised for the first time on reply,
5 Bafford has had no opportunity to respond. The court "need not
6 consider arguments raised for the first time in a reply brief,"
7 Zamani v. Carnes, 491 F.3d 990, 997 (9th Cir. 2007), particularly
8 in circumstances as here, where the issue of corporate liability
9 for employees' actions ought to have been raised in the opening
10 papers.
11   Nevertheless, the court is of the view that briefing on both
12 issues is necessary in order to encourage proper presentation of
13 the record and to adjudicate the issues raised in this motion.
14   Therefore, the court hereby ORDERS as follows:
15   Plaintiff is DIRECTED to provide further briefing, or to
16 concede, the following two issues:
17   [1] whether defendant is entitled to partial summary judgment
18 in its favor on plaintiff's punitive damages claim due to
19 plaintiff's inability to produce the evidence required under Cal.
20 Civ. Code § 3294(a) for an award of punitive damages; and
21   [2] whether defendant is entitled to partial summary judgment
22 in its favor on plaintiff's punitive damages claim due to
23 plaintiff's inability to produce the evidence required under Cal.
24 Civ. Code § 3294(b) in order to impute liability for punitive
25 damages to a corporate employer.
26 ////

1    Plaintiff's briefing or concession must be filed no later than
2 October 19, 2012. Defendant's opposition, if necessary, must be
3 filed no later than October 26, 2012. The parties' briefs are to
4 be no longer than ten (10) pages each.
5    IT IS SO ORDERED.
6    DATED:  October 11, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3