UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BAFFORD, doing
business as CAR DOCTOR,

           Plaintiff,

    v.

TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA, a Connecticut
corporation, qualified to
do business in California,

           Defendants.
_____/

NO. CIV. S-11-2474 LKK/JFM

O R D E R

    On November 8, 2012, the court ordered counsel for plaintiff Thomas J. Newton to show cause as to why he should not be sanctioned for his failure to appear at the November 5, 2012 hearing on defendant's motion for summary judgment, in an amount equal to the attorney's fees and costs incurred by defendant in having its attorney, G. Edward Rudloff, Jr., appear. (ECF no. 36.)

    On November 11, 2012, Mr. Newton filed a response to the Order to Show Cause declaring that his failure to appear was due to a calendaring error. (ECF no. 37.) In support, he filed a copy of the

1 | erroneous calendar entry, as well as a pleading that he had
2 | previously filed with the court which included the erroneous date.
3 | (ECF no. 34.)
4 |     Pursuant to court order, Mr. Rudloff filed a declaration
5 | detailing the fees and costs his client incurred in appearing at
6 | the November 5 hearing. (ECF no. 39.)
7 |     Having considered both attorneys' submissions, the court
8 | hereby ORDERS as follows.
9 |     1. Counsel for plaintiffs, Thomas J. Newton, is sanctioned in
10 | the amount of two hundred fifty dollars ($250). This sum shall be
11 | paid to counsel for defendant, G. Edward Rudloff, Jr., no later
12 | than thirty (30) days after the date of this order. Mr. Rudloff,
13 | in turn, will deduct this amount from the bill he submits to his
14 | client for appearing at the November 5, 2012 hearing.
15 |     2. Mr. Newton shall file an affidavit with the court, no later
16 | than thirty (30) days after the date of this order, which states
17 | that he has made this payment, that it is made out of personal
18 | funds, and that it will not be billed, directly or indirectly, to
19 | his client or in any way made the responsibility of his client as
20 | attorneys' fees or costs.
21 |     IT IS SO ORDERED.
22 |     DATED:  November 26, 2012.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2