G. EDWARD RUDLOFF, JR. (SBN 56058)
JENNIFER N. WAHLGREN (SBN 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:(510) 740-1500
Facsimile:  (510) 740-1501
E-Mail:  erudloff@fgppr.com
         jwahlgren@fgppr.com

Attorneys for TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAMES BAFFORD, doing business as CAR DOCTOR,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation, qualified to do business in California,<br><br>Defendants. | Case No. 2:11-cv-02474-LKK-JFM<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON**<br><br>Complaint Filed: July 20, 2011<br>Trial Date:        May 7, 2013<br><br>Hon. Lawrence K. Karlton |

1.      WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full; and

2.      WHEREAS, Plaintiff JAMES BAFFORD, doing business as CAR DOCTOR, has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2); and

3.      WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

STIPULATION OF DISMISSAL WITH PREJUDICE; AND ORDER THEREON
Case No. 2:11-cv-02474-LKK-JFM

4. The parties to this action agree, through their respective attorneys, that Plaintiff JAMES BAFFORD, doing business as CAR DOCTOR, hereby dismisses this action in its entirety, with prejudice, each side bearing its own costs.

**IT IS SO STIPULATED.**

DATED: May 10, 2013         **LAW OFFICES OF THOMAS J. NEWTON**

                            By:  /s/ Thomas J. Newton
                            Thomas J. Newton
                            Attorneys for Plaintiff JAMES BAFFORD,
                            doing business as CAR DOCTOR

DATED: May 10, 2013         **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

                            By:  /s/ G. Edward Rudloff, Jr.
                            G. Edward Rudloff, Jr.
                            Jennifer N. Wahlgren
                            Attorneys for Defendant TRAVELERS
                            CASUALTY INSURANCE COMPANY OF AMERICA

### ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

DATED: May 14, 2013

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT